NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JONATHAN E. BRIERE,  )
 )
                  Appellant,  )
 )
v.  )  Case No. 2D18-2662
 )
STATE OF FLORIDA,  )
 )
                  Appellee.  )
 )

Opinion filed September 27, 2019.

Appeal from the Circuit Court for
Pinellas County; Philip J. Federico,
Judge.

Howard L. Dimmig, II, Public
Defender, and Kevin Briggs, Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Allison C. Heim,
Assistant Attorney General, Tampa,
for Appellee.

PER CURIAM.

            Affirmed.

CASANUEVA, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.